UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>    v.<br><br>CLIFFORD CHEN,<br><br>    *Defendant*. | Criminal Action No. 1:22-cr-0048-3 (CJN) |

### ORDER

This matter comes before the Court on Defendant Clifford Chen's Unopposed Motion to Travel, ECF No. 57.  U.S. Pretrial Services did not oppose the request, and the United States does not take a position with respect to the request.  Based on consideration of the Motion, and the positions of U.S. Pretrial Services and the United States, it is hereby

**ORDERED** that Defendant Clifford Chen is permitted to travel internationally between the period beginning on or around June 11, 2023, and ending on or around July 1, 2023, and it is further

**ORDERED** that U.S. Pretrial Services shall release Defendant Chen's passport to him prior to his travel on June 9, 2023.  Within 72 hours of his return on July 1, 2023, Mr. Chen shall return his passport to U.S. Pretrial Services.

It is so **ORDERED**.

DATE:  June 6, 2023

*[signature]*
CARL J. NICHOLS
United States District Judge