IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:22-cr-48-CJN-3 |
| ) | |
| CLIFFORD CHEN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

Defendant Clifford Chen ("Chen") respectfully requests the Court permit him to (1) travel internationally from the United States to Italy and Spain, with his wife, in order to visit their children during the holiday season, and (2) grant U.S. Probation authority to permit future international travel without further motion of the Defendant.

The United States defers to U.S. Probation with respect to the travel request.

Prior to sentencing, this Court approved international travel twice for Chen to travel with his family, without incident.  U.S. Probation in Hawaii returned Chen's passport to him following sentencing.

Chen seeks to travel internationally beginning approximately December 22, 2023, and ending on or about January 5, 2024.  The Chen family has a trip planned to visit the oldest daughter who is studying abroad program in Viterbo, outside of Rome Italy. During the trip, Chen will also visit his son who will be joining the family from Madrid, Spain. Chen's daughter is unable to return for the Christmas holidays, so the family is planning to join her in Italy for the holiday season.

The proposed travel is as follows:

<u>Dec 22</u> flight SFO to FCO (Rome)
<u>Dec 23</u> land FCO / stay overnight in Viterbo
<u>Dec 24</u> pick up daughter and begin road trip to Venice and Florence
<u>Jan 1</u>   return to Viterbo to return daughter and visit with her host family
<u>Jan 5</u>   flight FCO to SFO

As his children remain in Europe for the rest of the academic year, Chen requests modification to the terms of his supervised release to permit U.S. Probation to approve similar trips to Europe in order to visit his children without returning to the Court for preapproval in each case.

Chen foresees at least one more trip for his son's university parent's weekend in Madrid, which he believes is normally held in May (dates not yet confirmed). In addition, Chen foresees the possibility of additional trips if one of his children should fall ill or require care.

In addition, Chen seeks pre-approval of trips to Hawaii as needed to conduct personal business, such as maintaining the family house.

Based upon the foregoing, Chen respectfully requests this Court permit him to travel internationally with his family by granting this motion, as outlined above.

                              Respectfully submitted,

                              CLIFFORD CHEN
                              By Counsel

                               /s/ Pleasant S. Brodnax, III
                              Pleasant S. Brodnax, III
                              1701 Pennsylvania Avenue, NW, Suite 200
                              Washington, D.C. 20006
                              (202) 462-1100
                              pleasant.brodnax@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was filed by CM/ECF on the 14th day of November 2023, which will send a notification of such filing (NEF) to all counsel of record.

                                        /s/ Pleasant S. Brodnax, III
                                        Pleasant S. Brodnax, III

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 1:22-cr-48-CJN-3** |
| ) | |
| **CLIFFORD CHEN,** ) | |
| **Defendant.** ) | |

### ORDER

This matter comes before the Court on Defendant's Unopposed Motion to Travel. The United States does not take a position with respect to the request. Based on consideration of the Motion, it is hereby

ORDERED that Defendant is permitted to travel internationally between the period beginning on or around December 22, 2023, and ending on or around January 5, 2024, and it is further

ORDERED that U.S. Probation may approve further international travel, consistent with this Order, without further motion of the Defendant, during the pendency of his supervised release.

IT IS SO ORDERED.


Date: _____                    _____
                                         Carl J. Nichols
                                         United States District Judge